**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARCO ANTONIO RANGEL RODRIGUEZ, | ) ) ) | NO. CV 10-3805-JVS(E) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| DOMINGO URIBE, JR., Warden, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 7, 2011.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE